

January 9, 2015

14th Court of Appeals

301 SAN JACINTO
HOUSTON, TX 77002

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
1/22/2015 2:50:24 PM
CHRISTOPHER A. PRINE
Clerk

CauseNo. 1385567

174TH DISTRICT COURT
The State of Texas

Vs.

BERNARDO ALVAREZ SERRANO

Dear Sir or Madam:

Please be advised that the defendant in the above styled and numbered cause received his/her trial record on 12-12-14.

Trusting this information will prove helpful, I remain.....

Sincerely,

Lisa Arriaga, Deputy
Criminal Post Trial